IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

FILED
APR 04 2024
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

LUCILLE A. DAVIDSON, PRO SE
PLAINTIFF

vs.                             CIVIL ACTION No: 1:23-cv-00340

PHILIP J. RICE,
         DEFENDANT



**NOTICE OF WITHDRAWAL OF PLAINTIFF LUCILLE A.
DAVIDSON'S FEDERAL COMPLAINT.**

On November 30, 2023, Plaintiff Lucille A. Davidson filed a Federal Defamation Complaint. Plaintiff Lucille A. Davidson now files this Notice to inform the Court that she is withdrawing her previously filed Complaint. Plaintiff Lucille A. Davidson requests that the request be granted without Prejudice.

1

DATED: February 14, 2024

Respectfully Submitted,

*[signature]*

Lucille A. Davidson, Pro Se
5109 Wolf Road
Erie Pa 16505

It is so ordered this 8th day of April, 2024.

*[signature: Susan Paradise Baxter]*

United States District Judge

2